IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CAPRICE WALLACE,**

    **Plaintiff,**

**v.**                              **Case No. 1:14cv197-MW/GRJ**

**GAINESVILLE HOTEL
MANAGEMENT, LLC, d/b/a
THE PARAMOUNT PLAZA
HOTEL & SUITES,**

    **Defendant.**
_____/

## ORDER SEALING DOCUMENT

On this Court's own motion, the Clerk is directed to seal Defendant's Rule 26(a) Disclosures. ECF No. 56. The document contains scurrilous allegations. This Court has repeatedly admonished the lawyers in this case. This Court went so far as to tell the lawyers that if such ad hominem attacks persisted then the matter would be forwarded to the Florida Bar. Enough is enough. This Court shall forward ECF No. 56 to the Florida Bar for review together with this order.

**SO ORDERED on July 29, 2015.**

                                                      **s/Mark E. Walker          **
                                                      **United States District Judge**